Jonathan Tad Suder, Friedman, Suder & Cooke, Fort Worth, TX, argued for appellant. Also represented by Brett Michael Pinkus; Matthew Carmine Phillips, Renaissance IP Law Group LLP, Portland, OR.

Kevin Goldman, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by Mark Christopher Fleming; Jack S. Barufka, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA; Evan Finkel, Los Angeles, CA.

DYK, MOORE, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

Michael Wilson Macomber, Tully Rinckey PLLC, Albany, NY, argued for petitioner. Also represented by Mathew B. Tully.

Geoffrey Martin Long, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Claudia Burke.

LOURIE, PLAGER, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

**Bradferd C. BIDNICK, Petitioner**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2015–3169.

United States Court of Appeals, Federal Circuit.

May 6, 2016.

Petition for review of the Merit Systems Protection Board in No. AT–0752–14–0060–I–1.

**Rosemary A. DAVIS, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2016–1331.

United States Court of Appeals, Federal Circuit.

May 6, 2016.